```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

FEDERAL INSURANCE
COMPANY, et al.,

        Plaintiffs,

v.                              Case No. 8:10-cv-682-T-33AEP

BANYON 1030-32, LLC
BANYON FUNDING, LLC,
BANYON CAPITAL, LLC,
BANYON INVESTMENTS, LLC,
BANYON RESOURCES, LLC,
BANYON INCOME FUND, LP, and
BANYON USVI (DEL), LLC,

        Defendants.
_____/

## ORDER

This matter is before the Court pursuant to Defendant Banyon 1030-32, LLC's Suggestion of Involuntary Bankruptcy (Doc. # 66), which was filed on August 20, 2010. Defendant Banyon 1030-32, LLC represents that an involuntary Chapter 7 Bankruptcy Petition was filed by its creditors in the United States Bankruptcy Court for the Southern District of Florida under case number 10-33691-BK-JKO.

As there are numerous defendants in this case, this Court directs Plaintiffs to advise whether they elect to proceed against the non-bankrupt entities or, in the alternative, whether Plaintiffs elect to stay this matter in its entirety due to Defendant Banyon 1030-32, LLC's bankruptcy proceedings.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. This case is **STAYED** and **ADMINISTRATIVELY CLOSED** as to Defendant Banyon 1030-32, LLC, **ONLY**. No further action will be taken as to Defendant Banyon 1030-32, LLC until such time as the bankruptcy court lifts the stay or the stay lapses.

2. Plaintiffs shall notify the Court in writing on or before September 7, 2010, whether the action should proceed against the non-bankrupt entities or, in the alternative, whether the case should be stayed in its entirety.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 23rd day of August 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record